IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS NIGRONI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| TRUMP PLAZA HOTEL & CASINO, et al. | : | NO. 00-3317 |

**JUDGMENT**

_____AND NOW, this _____ day of November, 2003, judgment is hereby entered in favor of Louis Nigroni and against Trump Plaza Associates d.b.a Trump Plaza Hotel and Casino and Millar Elevator Service Company in the amount of $6,681.68.

_____

MICHAEL E. KUNZ
CLERK OF COURT